JS-6

1   LAQUER, URBAN, CLIFFORD & HODGE LLP
    Marija Kristich Decker, Esq., State Bar #207387
2   225 South Lake Avenue, Suite 200
    Pasadena, California 91101-3030
3   Telephone: (626) 449-1882
    Facsimile: (626) 449-1958
4   Email: Decker@luch.com

5
    Counsel for Plaintiffs, Trustees of the Southern
6   California Pipe Trades Health and Welfare Trust Fund, et al.

7

8                      UNITED STATES DISTRICT COURT

9                     CENTRAL DISTRICT OF CALIFORNIA

10

11  TRUSTEES OF THE SOUTHERN           CV 10-03687 PA (VBKx)
    CALIFORNIA PIPE TRADES HEALTH
12  AND WELFARE TRUST FUND;
    TRUSTEES OF THE SOUTHERN           **ORDER**
13  CALIFORNIA PIPE TRADES
    RETIREMENT TRUST FUND;
14  TRUSTEES OF THE SOUTHERN
    CALIFORNIA PIPE TRADES DEFINED
15  CONTRIBUTION TRUST FUND;
    TRUSTEES OF THE SOUTHERN
16  CALIFORNIA PIPE TRADES VACATION
    AND HOLIDAY TRUST FUND;
17  TRUSTEES OF THE SOUTHERN
    CALIFORNIA PIPE TRADES
18  CHRISTMAS BONUS FUND; TRUSTEES
    OF THE APPRENTICE AND
19  JOURNEYMAN TRAINING TRUST
    FUND; TRUSTEES OF THE PLUMBERS
20  AND PIPEFITTERS NATIONAL
    PENSION FUND; AND TRUSTEES OF
21  THE INTERNATIONAL TRAINING
    FUND,
22
                        Plaintiffs,
23
               v.
24
    SEVAN PLUMBING, INC., A
25  CALIFORNIA COROPRATION; SARKIS
    TATIKIAN, AN INDIVIDUAL.,
26
                        Defendant.
27

28

                                  1
                               **ORDER**

385168

FILED
CLERK, U.S. DISTRICT COURT

FEB - 2 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

1    IT IS HEREBY ORDERED that the Stipulation For Dismissal With Prejudice

2 is approved.  The above-entitled action is dismissed with prejudice.

3

4 DATED: ___2/2/11___

5         UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

385168